UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOSE RAYMUNDO NOVOA SALGADO, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>  Defendants. | No. CV 08-8382 PA (FFMx)<br><br>JUDGMENT |

    Pursuant to the jury's special verdict and the Court's June 25, 2010 Minute Order finding that defendant County of San Bernardino is entitled to judgment in its favor and declining to exercise supplemental jurisdiction over Plaintiffs' state law claims,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants Christopher Dekeyrel and the County of San Bernardino (collectively "Defendants") shall have judgment entered in their favor on Plaintiffs' claims under 42 U.S.C. § 1983 for violation of Fourth and Fourteenth Amendment rights; and

1 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs take
2 | nothing and Defendants shall recover their costs of suit.

4 | DATED: November 19, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-